# United States District Court

## Eastern District of Missouri

UNITED STATES OF AMERICA

v.

**ORDER OF DETENTION**
☑ **PENDING TRIAL**

JOEL PATRICK-BEY

*Defendant*

Case Number: 4:09CR571 CDP

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f) a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part 1 - Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. §3142(f)(1) and has been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

☐ a crime of violence as defined in 18 U.S.C. §3156(a)(4).

☐ an offense for which the maximum sentence is life imprisonment or death.

☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____

_____ *

☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. §3142(f)(1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the (date of conviction) (release of the defendant from imprisonment) for the offense described in finding (1).

☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

☑ (1) There is probable cause to believe that the defendant has committed an offense

☑ for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. §§ 841(a)(1), 846, 841(b)(1)(B)

☐ under 18 U.S.C. §924(c).

☑ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

☑ (1) There is a serious risk that the defendant will not appear.

☑ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

Neither party had any objection to the information contained in the Pretrial Services Report ("PSR") dated September 30, 2009, which the Court adopts and incorporates herein.

_____

_____

_____

_____

_____

### Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by

☑ a preponderance of the evidence that ☑ clear and convincing evidence that

there is no condition or combination of conditions that will adequately assure Defendant's appearance and the safety of the community, by the appropriate standard as to each, for the reasons stated at the hearing and in the PSR. The Court notes that Defendant has a very extensive criminal history that spans 20 years, beginning at age 17, and includes convictions for tampering, stealing a motor vehicle, multiple convictions for possession of narcotics and for trafficking in narcotics. Defendant also has a history of committing new offenses while on bond or probation for prior offenses, and was on parole at the time of the alleged instant offenses. Defendant has no financial ties to the community, is unemployed, has numerous convictions for failure to appear, has used multiple alias names, and is now facing serious charges that carry substantial penalties, which could increase    (con't)

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: October 1, 2009

/s/ Audrey G. Fleissig

*Signature of Judicial Officer*

Audrey G. Fleissig, United States Magistrate Judge

*Name and Title of Judicial Officer*

_____

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. 5801 *et seq.*) (b) Controlled Substances Import and Export Act (21 U.S.C. §951 *et seq.*) or (c) Section I of Act of Sept. 15, 1980 (21 U.S.C. §955a).

DEFENDANT: JOEL PATRICK-BEY

CASE NUMBER: 4:09CR571 CDP

## Continued

Defendant's incentive to flee. Although Defendant offered by way of proffer that his grandmother would post the equity that she has in her own home and in a rental property she owns, the Court does not believe that any of the conditions proffered by Defendant would serve to prevent Defendant from committing new offenses. As such, the Court finds that Defendant has not rebutted the presumption that arises in this case that there is no condition or combination of conditions that will adequately assure Defendant's appearance and the safety of the community.