**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 4:09CR00571CDP |
| v. ) | |
| ) | |
| JOEL A. PATRICK-BEY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR TWO ADDITIONAL DAYS OF TIME TO FILE PRETRIAL MOTIONS OR WAIVER**

Comes now, Defendant, Joel A. Patrick-Bey, by and through counsel, Donnell Smith and request two (2) additional days to file pretrial motions or waiver. In support thereof counsel states:

1. This Honorable Court set October 12, 2009 as the deadline to file pre-trial motions or waiver of said motions.

2. This Honorable Court previously granted defendant a seven day extension of time to file its pre-trial motion or waiver.

3. Defendant and counsel has reviewed discovery.

4. Counsel for Defendant has been suffering from chronic muscle spasms and been unable to discuss in detail with his client filing of pretrial motions.

5. Counsel for Defendant believes he can discuss these issues with Defendant over the next two days.

WHEREFORE, Defendant request two (2) additional days to file its pretrial motions or waiver of motions.

Respectfully submitted,

**SMITH AND ASSOCIATES, LLC**

_\_\_\_/s/ Donnell Smith_____ _____
Donnell Smith, 85035
*Donnell Smith and Associates, LLC*
1945 Woodson Road
Saint Louis, Missouri 63114
    (314) 426-0056 Telephone
    (314) 426-2525 Facsimile
*Attorney for Defendant*
*Joel A. Patrick-Bey*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically forwarded this 19th day of October, 2009 to all attorneys of record.

_\_\_\_\_/s/ Donnell Smith_____